# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON JONES,
                        Appellant,
            vs.
BRIAN SANDOVAL, GOVERNOR OF
THE STATE OF NEVADA; AND THE
STATE OF NEVADA,
                        Respondents.

No. 83371

FILED

SEP 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a denial of request for relief from judgment/order pursuant to Rule 60(b). Eighth Judicial District Court, Clark County; Jessica K. Peterson, Judge.

Because no statute or court rule permits an appeal from an order denying a request for relief from judgment/order pursuant to Rule 60(b) in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.                    _____, J.
Stiglich                                  Silver

21-26145

cc:    Hon. Jessica K. Peterson, District Judge
Jason Jones
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk